IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIE DARRUP,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WAL-MART STORES EAST, LP, et al.,**<br><br>*Defendants.* | Case No. 2:20-cv-05450-JDW |

## ORDER

AND NOW, this 18th day of February, 2021, upon consideration of Defendants' Petition to Transfer to the United States District Court for the Middle District of Pennsylvania (ECF No. 10), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** pursuant to 28 U.S.C. § 1404.

The Clerk of Court shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania and mark the case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.